**Harold H. HODGE, Jr.; Chante' N. Hodge, Mrs., Plaintiffs— Appellants,**

v.

**CALVERT COUNTY, (Local Government); State of Maryland; Maryland State Treasurer; St. Mary's County, (local government); Timothy K. Cam-**

eron, Head Sheriff in his individual and Public Official Capacity; Thomas Hedderich, Detective, in his individual and Public Official Capacity; William Ray, Detective, in his individual and Public Official Capacity; Unknown Swat Team and Police Members, John Does in their individual and Public Official Capacities; Mike Evans, Head Sheriff, in his individual and Public Official Capacity; Rickey Cox, Deputy, Detective, in his individual and Public Official Capacity; Ricky Thomas, Lieutenant, in his individual and Public Official Capacity; Sutton, Deputy or Sheriff, in his individual and Public Official Capacity; Canning, Deputy Sheriff, in his individual and Public Official Capacity; Fenton, Deputy Sheriff, in his individual and Public Official Capacity; Unknown (SOT), Swat Team Member of the Clavert County Sheriff's Office, John Does in their individual and Public Official Capacities; Robert B. Riddle, Judge, in his individual Capacity and Public Official Capacity; Calvert Detention Center; Sheriff and Deputy and Correctional Officer, Last Name to be Fenton in his individual and Public Official Capacity; Sheriff and Deputy Sutton, in his individual and Public Official Capacity, Defendants—Appellees.

No. 09–2138.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 24, 2010.

Harold H. Hodge, Jr., Chante' N. Hodge, Appellants pro se.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold H. Hodge, Jr., and Chante' N. Hodge appeal the district court's order dismissing their civil action pursuant to 28 U.S.C. § 1915(e) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hodge v. Calvert County*, No. 8:09–cv–02252–PJM, 2009 WL 2884928 (D.Md. Sept. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*